UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

EASTERN SAVINGS BANK, FSB,

                                        Plaintiff,

            - against -

BRENDA BRIGHT, SPERRY ASSOCIATES
FEDERAL CREDIT UNION,

                                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Civil Action No. 11-CV-1721

(ENV)(MDG)

**BILL OF COSTS**

The Court is requested to tax the following as costs:

**COSTS AND DISBURSEMENTS:**

| | |
|---|---|
| Filing Fees | $350.00 |
| Service of Process | $130.00 |
| Foreclosure Report and Continuation | $609.70 |
| Filing of Lis Pendens | $118.50 |
| Certified Copy | $9.50 |

**TOTAL COSTS AND DISBURSEMENTS**           **$1,217.70**

        I hereby declare under penalty of perjury that, to the best of my knowledge and belief, the

foregoing costs are correct and were necessarily incurred in this action and that the services for

which fees have been charged were actually and necessarily performed.

Dated: New York, New York
        December 20, 2012

                        KRISS & FEUERSTEIN LLP
                        *Attorneys for Plaintiff,*
                        *Eastern Savings Bank, fsb*

                        By:    /s/: Jerold C. Feuerstein
                            Jerold C. Feuerstein, Esq. (JCF9829)
                        360 Lexington Avenue, Suite 1200
                        New York, New York 10017
                        (212) 661-2900 – telephone
                        (212) 661-9397 – facsimile

KRISS & FEUERSTEIN LLP

Clerk, US District Court

CitiBank Operating 42   ESB/Bright

Filing fees

3/28/2011

14629

350.00

350.00

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR - 4 2011 ★

BROOKLYN OFFICE

&%RPCourt Name: Eastern District of New York

Division: 1
Receipt Number: 4653027533
Cashier ID: hariklia
Transaction Date: 04/08/2011
Payer Name: KRISS AND FEUERSTEIN LLP
------------------------------------------------
CIVIL FILING FEE
 For: KRISS AND FEUERSTEIN LLP
 Case/Party: D-NYE-1-11-CV-001721-000
 Amount:        $350.00
------------------------------------------------
CHECK
 Check/Money Order Num: 14629
 Amt Tendered: $350.00
------------------------------------------------
 Total Due:       $350.00
 Total Tendered: $350.00
 Change Amt:      $0.00

08/19/2011

# PROVEST

4520 SEEDLING CIRCLE
TAMPA, FL  33614-2400
Phone: 813-877-2844 Email: accounts_receivable@provest.us

## INVOICE

## INVOICE NUMBER:  3009275

| CUSTOMER | BILLING INFORMATION | |
|---|---|---|
| KRISS & FEUERSTEIN LLP<br>360 LEXINGTON AVENUE<br>SUITE 1200<br>NEW YORK, NY  10017<br>ARIANE M. FONTANA | FILE NUMBER:<br>MAIN DEFENDANT:<br>PLAINTIFF:<br>COUNTY: | BRIGHT<br>BRENDA BRIGHT<br>EASTERN SAVINGS BANK, FSB<br>NASSAU |

| STATUS DATE | DESCRIPTION | TAX | CHARGE | TOTAL |
|---|---|---|---|---|
| **SPERRY ASSOCIATES FEDERAL CREDIT UNION** | | | | |
| 08/10/2011 | ATTEMPTING SERVICE - 1st Address | $0.00 | $55.00 | $55.00 |
| 08/13/2011 | SERVICE COMPLETE | $0.00 | $0.00 | $0.00 |
| 08/19/2011 | FINALIZED | $0.00 | $0.00 | $0.00 |
| **NO DOES** | | | | |
| 08/10/2011 | ATTEMPTING SERVICE - 1st Address | $0.00 | $55.00 | $55.00 |
| 08/11/2011 | NON-SERVICE | $0.00 | $0.00 | $0.00 |
| 08/19/2011 | FINALIZED | $0.00 | $0.00 | $0.00 |
| **ANY AND ALL OCCUPANTS** | | | | |
| 08/19/2011 | TENANT NOTICE MAILED | $0.00 | $20.00 | $20.00 |
| 08/19/2011 | FINALIZED | $0.00 | $0.00 | $0.00 |

|  |  |
|---|---|
| SUBTOTAL: | $130.00 |
| TOTAL EXTRA CHARGES: | $0.00 |
| PREPAID: | $0.00 |
| TOTAL: | $130.00 |

**PLEASE REMIT PAYMENT TO:**
**PROVEST LLC**
**4520 SEEDLING CIR**
**TAMPA FL 33614**

**First American Title**

**First American Title Insurance Company**
*16 West Main Street*
*Rochester, NY 14614*
*Phone: (877)850-2020 / Fax: (888)722-3506*

PR: NYORK                                                                 Ofc: 3060 (2615)

### Invoice

| | |
|---|---|
| To: | Kriss & Feuerstein LLP<br>360 Lexington Avenue Suite 1200<br>New York, NY 10017 |

| | |
|---|---|
| Invoice No.: | 2615 - 306042163 |
| Date: | 03/11/2011 |
| Our File No.: | 3060-347991 |
| Title Officer: | |
| Escrow Officer: | |
| Customer ID: | CL6743 |

Attention:   Brenden D. Mahoney

Your Reference No.:

RE:   **Property:**
957 Orlando Avenue, West Hempstead, NY 11552

**Liability Amounts**
Owners:
Lenders:

**Buyers:**
**Sellers:**   Brenda A. Bright

| Description of Charge | Invoice Amount |
|---|---:|
| Tax Search (Taxable) | $60.00 |
| Sales Tax | $49.70 |
| Guaranteed Foreclosure Certificate (Taxable) | $500.00 |

**INVOICE TOTAL**   **$609.70**

Comments:

### Thank you for your business!

*To assure proper credit, please send a copy of this Invoice and Payment to:*
*Attention: Accounts Receivable Department*
*16 West Main Street*
*Rochester, NY 14614*

### Customer Copy



**KRISS & FEUERSTEIN LLP**
360 Lexington Avenue Suite 1200
New York, N.Y. 10017

14790

CITIBANK, N.A.
1-8/210

4/26/2011

PAY TO THE
ORDER OF ___Nassau County Clerk___ | $ **118.50

One Hundred Eighteen and 50/100************************************************************DOLLARS

Nassau County Clerk

MEMO   ESB/Bright

⑈0 14 790⑈ ⑈02 10000089⑈ 19304 266⑈

KRISS & FEUERSTEIN LLP   14790

Nassau County Clerk   4/26/2011   118.50

N.O.P.

CitiBank Operating 42   ESB/Bright   118.50



KRISS & FEUERSTEIN LLP
360 Lexington Avenue Suite 1200
New York, N.Y. 10017

CITIBANK, N.A.
1-8/210

14748

4/13/2011

PAY TO THE
ORDER OF     US District Court     $ **9.50

Nine and 50/100************************************************ DOLLARS

US District Court

MEMO   ESB/Bright

⑆014748⑆ ⑆021000089⑆ 19304266⑆

UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF NEW YORK
-------------------------------------------------------------------x

EASTERN SAVINGS BANK, FSB,                    Civil Action No. 11-CV-1721

                              Plaintiff,      (ENV)(MDG)

              -against-
                                              **DECLARATION OF**
BRENDA  BRIGHT,  SPERRY  ASSOCIATES           **SERVICES RENDERED**
FEDERAL CREDIT,

                              Defendants.
-------------------------------------------------------------------x

    **JEROLD C. FEUERSTEIN**, an attorney duly admitted to practice law before the Courts

of the State of New York, hereby affirms the truth to the following under penalty of perjury:

    1.    I am a partner with the law firm of Kriss & Feuerstein LLP, attorneys for the

Plaintiff, and I am familiar with the facts and circumstances of this action based upon the file

maintained within my office.

    2.    I submit this application in further support of Plaintiff's application for a

Judgment of Foreclosure and Sale.  The submission will expressly address issue of attorneys'

fees expended by Plaintiff in connection with the above captioned matter.

    3.    Paragraph 6(E), of the Note ("Note") dated December 24, 2007, entitled

"Payment of Note Holder's Costs and Expenses" sets forth as follows:

> 6(E)    **Payment of Note Holder's Costs and Expenses**.
> If the Note Holder has required me to pay immediately in full as
> described above, the Note Holder will have the right to be paid
> back by me for all of its costs and expenses in enforcing this Note
> to the extent not prohibited by applicable law.  Those expenses
> include, for example, reasonable attorney's fees.

    4.    Accordingly, Plaintiff is entitled to recover reasonable attorneys' fees and

costs considered as Defendant is in default of the Note Mortgage which secure said Note and

Plaintiff as a result thereof has commenced this foreclosure proceeding.

    5.    The attorney time necessary to prosecute the instant action is as follows:

| TASK | ATTORNEY | TIME | RATE | | FEE |
|---|---|---|---|---|---|
| Review of file and preparation of demand letter | JF | 0.8 | $400 | /Hour | $320.00 |
| Tele-conferences with client regarding default | JF | 0.3 | $400 | /Hour | $120.00 |
| Prep-order foreclosure search | JF | 0.1 | $400 | /Hour | $40.00 |
| Review title search, draft Summons in a Civil Action, Verified Complaint, Notice of Pendency and Disclosure of Interested Parties | JF | 3.0 | $400 | /Hour | $1,200.00 |
| Arrange for service of Summons in a Civil Action, Verified, Verified Amended Complaint, Notice of Pendency | JF | 0.2 | $400 | /Hour | $80.00 |
| Review Affidavit of Services and file same electronically | JF | 0.4 | $400 | /Hour | $160.00 |
| Draft Forbearance Agreement | JF | 1.0 | $400 | /Hour | $400.00 |
| Draft forbearance default letter | JF | .2 | $400 | /Hour | $80.00 |
| Draft and file Motion for Entry of Clerk's Certificate of Default | JF | 1.2 | $400 | /Hour | 480.00 |
| Receive and Review Answer of Brenda Bright, discuss with client | JF | 1.0 | $400 | /Hour | $400.00 |
| Draft letter setting forth proposed briefing schedule in connection with summary judgment motion | JF | .5 | $400 | /Hour | $200.00 |
| Received and reviewed Scheduling Order | JL | .1 | $350 | /Hour | $35.00 |
| Draft Motion for Summary Judgment | JL | 4.5 | $350 | /Hour | $1575.00 |
| Receive letter motion or extension of time to file response to motion for summary judgment. | JL | .1 | $350 | /Hour | $35.00 |
| Receive and Review order extending briefing schedule | JL | .2 | $350 | /Hour | $70.00 |
| Draft letter Withdrawing Motion for Entry of Clerks Cert of Default | JL | .5 | $350 | /Hour | $175.00 |

| | | | | | |
|---|---|---|---|---|---|
| Receive and review second motion for extension of time to respond to summary judgment motion | JL | .2 | $350 | /Hour | $70.00 |
| Receive and Review second Order extending briefing schedule | JL | .2 | $350 | /Hour | $70.00 |
| Receive and review third motion for extension of time to respond to summary judgment motion | JL | .2 | $350 | /Hour | $70.00 |
| Receive and Review third Order extending briefing schedule | JL | .2 | $350 | /Hour | $70.00 |
| Draft letter indicating Plaintiff unable to file defendants Opp or any Reply as Plaintiffs Motion went unopposed. | JL | .5 | $350 | /Hour | $175.00 |
| Receive and review Memorandum & Order granting motion for Summary Judgment | JL | .3 | $350 | /Hour | $105.00 |
| Received and reviewed Scheduling Order | JL | .1 | $350 | /Hour | $35.00 |
| Draft letter motion for extension of Time to file Supplemental Written Submissions | JL | .5 | $350 | /Hour | $175.00 |
| Receive and review Order granting extension of time to submit Supplemental Written Submission | JL | .1 | $350 | /Hour | $35.00 |
| Draft and file Request for Clerks Cert. of Default. | JF | 1.2 | $400 | /Hour | 480.00 |
| Draft Supplemental Written Submissions | JF | 1.2 | $400 | /Hour | 480.00 |
| Total | | 18.8 | | | $7,135.00 |
| | | | | | |
| **ANTICIPATED FEES** | | | | | |
| Publication | | 0.5 | $400 | /Hour | $200.00 |
| Appearance at foreclosure sale | | 3.0 | $400 | /Hour | $1,200.00 |
| Preparation of Master's Deed and supporting documentation, | | 2.5 | $400 | /Hour | $1,000.00 |
| TOTALS | | 24.8 | | | $9,535.00 |

6.      In addition, Plaintiff has expended costs and disbursements for this action as set forth in the bill of costs annexed hereto.

7.      Your deponent is a partner at Kriss & Feuerstein LLP, has been practicing law in excess of fifteen years and bills at a rate of $400.00/hr.  Jason Leibowitz, an associate at this firm, has been practicing law for five years and bills at the rate of $350.00 per hour.

8.      Kriss & Feuerstein LLP has no special fee arrangement and does not receive a set fee for the prosecution of a foreclosure.

9.      By this upon the foregoing, Plaintiff is entitled and hereby request attorneys' fees to be awarded in the Judgment of Foreclosure and Sale in the amount of $9,535.00.

Dated:  New York, New York
         December 20, 2012

KRISS & FEUERSTEIN LLP
*Attorneys for Plaintiff,*
*Eastern Savings Bank, fsb*

By:   /s/: Jerold C. Feuerstein
         Jerold C. Feuerstein, Esq. (JCF9829)
         360 Lexington Avenue, Suite 1200
         New York, New York 10017
         (212) 661-2900 – telephone
         (212) 661-9397 – facsimile

UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF NEW YORK
-------------------------------------------------------------------x

EASTERN SAVINGS BANK, FSB,

Civil Action No. 11-CV-1721

Plaintiff,

(ENV)(MDG)

-against-

BRENDA   BRIGHT,   SPERRY   ASSOCIATES
FEDERAL CREDIT UNION,

Defendants.

**AFFIDAVIT OF TERRY BROWN**
**OF STATEMENT OF DAMAGES**

-------------------------------------------------------------------x

STATE OF MARYLAND          }
                           } ss.:
COUNTY OF BALTIMORE        }

TERRY BROWN, being duly sworn, deposes and says:

    1.    I am the Senior Asset Manager of Eastern Savings Bank, fsb, the Plaintiff in the within action and fully familiar with all of the facts and circumstances herein.  I have examined the records of the Plaintiff kept in the regular course of business.

    2.    Eastern Savings Bank, fsb, is the owner and holder of the Note (the "Note") and the Mortgage, (the "Mortgage"), described in the complaint and deemed marked in evidence as Exhibit "A-1" and Exhibit "A-2", respectively to the Complaint (the "Complaint") which is annexed hereto as **Exhibit "A"** to this instant application.

    3.    I have examined the Statement of Amount Due and Owing (the "Statement"), as of December 20, 2012, a copy of same with proof of payments for advances is annexed hereto which is hereby incorporated herein with the same force and effect as if set forth herein at length.  Said Statement was prepared from my records and correctly sets forth the amounts due and owing on the Notes and Mortgages mentioned in the Complaint herein for principal, interest, late charges and advances for taxes and insurance.  No payments have been made on account of any of the items shown on said Statement and no payments have been made since the

commencement of this matter.

      4.     The mortgaged premises consist of one lot located in the County of Nassau, State of New York.

      5.     The premises should be sold as one parcel.

      6.     I am making this Affidavit knowing full well that the United States District Court, Eastern District of New York is relying upon the truth of the statements contained herein.

Dated: _____12\21_____, 201_2_

_____
TERRY BROWN

STATE OF MARYLAND

COUNTY OF BALTIMORE

      On the _21_ day of _December_ in the year 201_2_ before me, the undersigned, personally appeared **Terry Brown**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in Hunt Valley, Maryland.

MARY K. ROMANS
NOTARY PUBLIC
STATE OF MARYLAND
My Commission Expires July 21, 2014

_____
Mary K. Romans

## CERTIFICATE OF CONFORMITY

      The undersigned, _Douglas S. Durkin_ an Attorney licensed in the State of Maryland, affirms under penalty of perjury and hereby certifies that I witnessed the signature of _Terry Brown_ as applied to the Affidavit annexed to this Certificate, which was signed and dated on _December 21_, 201_2_. The manner in which same was signed was, and is, in accordance with, and confirms to, the Laws for taking oaths and acknowledgments, in the State of Maryland.

Dated: _December 21_, 201_2_

_____
Douglas S Durkin

## STATEMENT OF AMOUNT DUE AND OWING

Case Name:  Eastern Savings Bank, fsb v. Brenda Bright, et al.
Index No.:    11-CV-1721
EDNY - County:    **NASSAU**

## NOTE: PRINCIPAL AND INTEREST

Principal of Note and Mortgage unpaid, exclusive of counsel fees:
    TWO HUNDRED NINE THOUSAND SIX HUNDRED THIRTY FOUR AND 55/100 DOLLARS   **$209,634.55**

Late Charges for April, 2008 through March, 2011 are equal to 5% of overdue monthly payments:
    THREE THOUSAND FOUR HUNDRED SEVENTY SEVEN AND 16/100 DOLLARS   **$3,477.16**

Interest at    11.79%    per annum from    1-Jan-10    through    31-Dec-10
(   **365**    days at    **$67.71**    per day    )
    TWENTY FOUR THOUSAND SEVEN HUNDRED FOURTEEN AND 15/100 DOLLARS   **$24,714.15**

Interest at    11.34%    per annum from    1-Jan-11    through    31-Dec-11
(   **365**    days at    **$65.13**    per day    )
TWENTY THREE THOUSAND SEVEN HUNDRED SEVENTY TWO AND 45/100 DOLLARS   **$23,772.45**

Interest at    10.89%    per annum from    1-Jan-12    through    20-Dec-12
(   **355**    days at    **$62.55**    per day    )
    TWENTY TWO THOUSAND TWO HUNDRED FIVE AND 25/100 DOLLARS   **$22,205.25**

## TOTAL PRINCIPAL AND INTEREST

| | |
|---|---:|
| Outstanding Principal Balance: | $209,634.55 |
| Late Charges (11/09 - 3/11) | $3,477.16 |
| Interest  (1/1/10 - 12/31/10) | $24,714.15 |
| Interest  (1/1/11 - 12/31/11) | $23,772.45 |
| Interest  (1/1/12 - 12/20/12) | $22,205.25 |
| **Total Principal, Late Charges and Interest:** | **$283,803.56** |

**ESCROW AND ADVANCES**

**PRIOR ESCROW CREDIT BALANCE:**                    ($298.82)

| Date | Description | Payment |
|---|---|---|
| | **Escrow Credit Balance:** | ($298.82) |
| February 2, 2010 | Tax Paymt | $1,689.60 |
| February 2, 2010 | Insurance Paymt | $922.00 |
| March 8, 2010 | u/a funds credit | ($365.77) |
| April 22, 2010 | Tax Paymt | $2,475.86 |
| May 4, 2010 | u/a funds credit | ($44.15) |
| August 2, 2010 | Tax Paymt | $1,689.59 |
| November 2, 2010 | Tax Paymt | $2,412.10 |
| January 24, 2011 | Tax Paymt | $1,727.44 |
| February 1, 2011 | Insurance Paymt | $1,000.00 |
| April 20, 2011 | Tax Paymt | $2,412.10 |
| August 2, 2011 | Tax Paymt | $1,727.43 |
| November 1, 2011 | Tax Paymt | $2,386.73 |
| February 6, 2012 | Insurance Paymt | $1,114.00 |
| February 7, 2012 | Tax Paymt | $1,686.54 |
| May 4, 2012 | Tax Paymt | $2,386.72 |
| July 27, 2012 | Tax Paymt | $1,686.53 |
| October 22, 2012 | Tax Paymt | $2,409.57 |
| | | |
| | **NEGATIVE ESCROW BALANCE:** | **$27,017.47** |

| | | | | | | |
|---|---|---|---|---|---|---|
| Interest on the | 2/2/10 | Tax Paymt | $1,390.78 | at Note Rate of | 11.79% | |
| per annum    2/2/10 | through | 12/31/10 | **333** | days at    **$0.45** | per day = | **$149.85** |
| | | | | | | |
| Interest on the | 2/2/10 | Tax Paymt | $1,390.78 | at Note Rate of | 11.34% | |
| per annum    1/1/11 | through | 12/31/11 | **365** | days at    **$0.43** | per day = | **$156.95** |
| | | | | | | |
| Interest on the | 2/2/10 | Tax Paymt | $1,390.78 | at Note Rate of | 10.89% | |
| per annum    1/1/12 | through | 12/20/12 | **355** | days at    **$0.41** | per day = | **$145.55** |

*(Tax Paymt - Escrow Credit Bal. = $1,689.60 - $298.82 = $1390.78)*

| | | | | | | |
|---|---|---|---|---|---|---|
| Interest on the | 2/2/10 | Insurance Paymt | $922.00 | at Note Rate of | 11.79% | |
| per annum    2/2/10 | through | 12/31/10 | **333** | days at    **$0.30** | per day = | **$99.90** |
| | | | | | | |
| Interest on the | 2/2/10 | Insurance Paymt | $922.00 | at Note Rate of | 11.34% | |
| per annum    1/1/11 | through | 12/31/11 | **365** | days at    **$0.29** | per day = | **$105.85** |
| | | | | | | |
| Interest on the | 2/2/10 | Insurance Paymt | $922.00 | at Note Rate of | 10.89% | |
| per annum    1/1/12 | through | 12/20/12 | **355** | days at    **$0.28** | per day = | **$99.40** |

| | | | | | | |
|---|---|---|---|---|---|---|
| Interest on the per annum   4/22/10 | 4/22/10 through | Tax Paymt 12/31/10 | $2,475.86 **254** | at Note Rate of days at   **$0.80** | 11.79% per day = | **$203.20** |
| Interest on the per annum   1/1/11 | 4/22/10 through | Tax Paymt 12/31/11 | $2,475.86 **365** | at Note Rate of days at   **$0.77** | 11.34% per day = | **$281.05** |
| Interest on the per annum   1/1/12 | 4/22/10 through | Tax Paymt 12/20/12 | $2,475.86 **355** | at Note Rate of days at   **$0.74** | 10.89% per day = | **$262.70** |
| Interest on the per annum   8/2/10 | 8/2/10 through | Tax Paymt 12/31/10 | $1,689.59 **152** | at Note Rate of days at   **$0.55** | 11.79% per day = | **$83.60** |
| Interest on the per annum   1/1/11 | 8/2/10 through | Tax Paymt 12/31/11 | $1,689.59 **365** | at Note Rate of days at   **$0.52** | 11.34% per day = | **$189.80** |
| Interest on the per annum   1/1/12 | 8/2/10 through | Tax Paymt 12/20/12 | $1,689.59 **355** | at Note Rate of days at   **$0.50** | 10.89% per day = | **$177.50** |
| Interest on the per annum   11/2/10 | 11/2/10 through | Tax Paymt 12/31/10 | $2,412.10 **60** | at Note Rate of days at   **$0.78** | 11.79% per day = | **$46.80** |
| Interest on the per annum   1/1/11 | 11/2/10 through | Tax Paymt 12/31/11 | $2,412.10 **365** | at Note Rate of days at   **$0.75** | 11.34% per day = | **$273.75** |
| Interest on the per annum   1/1/12 | 11/2/10 through | Tax Paymt 12/20/12 | $2,412.10 **355** | at Note Rate of days at   **$0.72** | 10.89% per day = | **$255.60** |
| Interest on the per annum   1/24/11 | 1/24/11 through | Tax Paymt 12/31/11 | $1,727.44 **342** | at Note Rate of days at   **$0.54** | 11.34% per day = | **$184.68** |
| Interest on the per annum   1/1/12 | 1/24/11 through | Tax Paymt 12/20/12 | $1,727.44 **355** | at Note Rate of days at   **$0.52** | 10.89% per day = | **$184.60** |
| Interest on the per annum   2/1/11 | 2/1/11 through | Insurance Paymt 12/31/11 | $1,000.00 **334** | at Note Rate of days at   **$0.31** | 11.34% per day = | **$103.54** |
| Interest on the per annum   1/1/12 | 2/1/11 through | Insurance Paymt 12/20/12 | $1,000.00 **355** | at Note Rate of days at   **$0.30** | 10.89% per day = | **$106.50** |
| Interest on the per annum   4/20/11 | 4/20/11 through | Tax Paymt 12/31/11 | $2,412.10 **256** | at Note Rate of days at   **$0.75** | 11.34% per day = | **$192.00** |
| Interest on the per annum   1/1/12 | 4/20/11 through | Tax Paymt 12/20/12 | $2,412.10 **355** | at Note Rate of days at   **$0.72** | 10.89% per day = | **$255.60** |

| | | | | | | |
|---|---|---|---|---|---|---|
| Interest on the per annum 8/2/11 | 8/2/11 through | Tax Paymt 12/31/11 | $1,727.43 **152** | at Note Rate of days at **$0.54** | 11.34% per day = | **$82.08** |
| Interest on the per annum 1/1/12 | 8/2/11 through | Tax Paymt 12/20/12 | $1,727.43 **355** | at Note Rate of days at **$0.52** | 10.89% per day = | **$184.60** |
| Interest on the per annum 11/1/11 | 11/1/11 through | Tax Paymt 12/31/11 | $2,386.73 **61** | at Note Rate of days at **$0.74** | 11.34% per day = | **$45.14** |
| Interest on the per annum 1/1/12 | 11/1/11 through | Tax Paymt 12/20/12 | $2,386.73 **355** | at Note Rate of days at **$0.71** | 10.89% per day = | **$252.05** |
| Interest on the per annum 2/6/12 | 2/6/12 through | Insurance Paymt 12/20/12 | $1,114.00 **319** | at Note Rate of days at **$0.33** | 10.89% per day = | **$105.27** |
| Interest on the per annum 2/7/12 | 2/7/12 through | Tax Paymt 12/20/12 | $1,686.54 **318** | at Note Rate of days at **$0.50** | 10.89% per day = | **$159.00** |
| Interest on the per annum 5/4/12 | 5/4/12 through | Tax Paymt 12/20/12 | $2,386.72 **231** | at Note Rate of days at **$0.71** | 10.89% per day = | **$164.01** |
| Interest on the per annum 7/27/12 | 7/27/12 through | Tax Paymt 12/20/12 | $1,686.53 **147** | at Note Rate of days at **$0.50** | 10.89% per day = | **$73.50** |
| Interest on the per annum 10/22/12 | 10/22/12 through | Tax Paymt 12/20/12 | $2,409.57 **60** | at Note Rate of days at **$0.72** | 10.89% per day = | **$43.20** |

| | Principal | Interest on Principal | Late Charge | Negative Escrow Bal. | Interest on N.E.B. |
|---|---|---|---|---|---|
| | **$209,634.55** | $70,691.85 | $3,477.16 | $27,017.47 | $4,667.27 |
| **TOTAL:** | **$315,488.30** | *as of Dec. 20, 2012, with a per diem of* | | **$70.61** | *thereafter.* |
| | ***(Principal + Interest + Late Charges) + (Negative Escrow Bal. + Interest on N.E.B.)*** | | | | |

Page :1



Image

WARNING — THIS CHECK IS PROTECTED BY SPECIAL SECURITY GUARD PROGRAM & FEATURES

| | | |
|---|---|---|
| ZC STERLING INSURANCE AGENCY, INC. | Wells Fargo Bank, NA | 200002047 |
| EASTERN SAVINGS BANK | 420 Montgomery St. | 11-24 |
| ESCROW TRUST ACCOUNT | San Francisco, Ca. 94104 | 1210 |
| P.O BOX 217 | | 02/03/2010 |
| LAKE FOREST, CA 92630 | | |
| (866)258-7380 | | *****$922.00***** |
| | | void after 90 days |

PAY EXACTLY   NINE HUNDRED TWENTY TWO DOLLARS AND NO CENTS

TO THE
ORDER
OF

LIBERTY MUT FIRE INS
100 LIBERTY WAY
DOVER, NH 03822

*Authorized Signature*

SECURE FEATURES INCLUDE INVISIBLE FIBERS, MICROPRINTING, EVOID FEATURE, PANTOGRAPH, ENDORSEMENT BACKER, DRY/STAIN CHEMICAL REACTANT

⑈20000 204 7⑈  ⑆121000 24⑆  40 20000 5336⑈  ⑈000009 2200⑈

Deposit Only Liberty Mutual
Pay to Bank of America

Item Details

| | |
|---|---|
| Amount: 922.00 | Account Name: Eastern Savings - ES |
| Check Number: 200002047 | Account Number: 4020005336 |
| Posting Date: 02/08/2010 | Type Code/Description: 475/CHECK PAID |
| As of Date: 02/08/2010 | Item Sequence Number: 8219758422 |

© Copyright 2002 - 2012 Wells Fargo. All rights reserved.

JL035VVB        ID: JMP


Liberty
Mutual.

**Liberty Mutual Fire Insurance Company**
**Boston, Massachusetts**
**LibertyGuard® Deluxe**
**Homeowners Policy Declaration**


**Liberty Mutual Group**

| | |
|---|---|
| **NAMED INSURED AND MAILING ADDRESS:**<br>BRENDA BRIGHT<br>957 ORLANDO AVE<br>WEST HEMPSTEAD NY 11552-3907 | **CORRESPONDENCE:**   PO BOX 29017<br>PHOENIX, AZ 85038 |
| | **PAYMENT ADDRESS:**   PO BOX 7500<br>DOVER, NH 03822-7500 |
| **INSURED RESIDENCE PREMISES:**<br>SAME AS MAIL ADDRESS | **SERVICE:**   1-800-409-0733<br>**CLAIMS:**   800-2CLAIMS (800-225-2467)<br>**WEBSITE:**   libertymutual.com |

**Your Policy Number:** H32-228-657272-000 1
**Policy Period:** 02/17/10 to 02/17/11  12:01AM Standard Time at the Insured Residence Premises

---

**Reason for This Notice:**                                    **This Declaration Effective:** 02/17/10

Renewal Homeowner Policy Summary, made part of your LibertyGuard® Deluxe Homeowners Policy

**Premium Summary**

| | | |
|---|---|---:|
| Base Policy Coverages and Limits | $ | 1,182.00 |
| Additional Coverages | $ | 188.00 |
| Discounts | $ | (448.00) |
| **Total Annual Premium** | $ | 922.00 |

**Premium Detail**

| Base Policy Coverages and Limits | Deductible | | Limits | Premium | |
|---|---|---|---|---|---|
| **Section I** | | | | | |
| Coverage A - Dwelling | | $ | 255,300 | | |
| Coverage B - Other Structures on Residence Premises | | $ | 25,530 | | |
| Coverage C - Personal Property with Replacement Cost | | $ | 178,710 | | |
| Coverage D - Loss of Use of Residence Premises | | $ | 51,060 | | |
| **Section I Deductible** | | | | | |
| Losses covered under Section I are subject to a deductible of : | $ | 1,000 | | | |
| Losses as a result of Hurricane are subject to a deductible of 5%: | $ | 12,765 | | | |
| **Section II** | | | | | |
| Coverage E - Personal Liability (each occurrence) | | $ | 300,000 | | |
| Coverage F - Medical Payments to others (each person) | | $ | 1,000 | | |
| **Total Base Policy Coverages and Limits** | | | | $ | 1,182 |

| Additional Coverages | Deductible | | Limits | Premium | |
|---|---|---|---|---|---|
| Credit Card, Fund Transfer Card, Forgery (HO 04 53 04 91) | | $ | 1,000 | $ | 0 |
| Personal Property Replacement Cost (FMHO-752 09/87) | | | | $ | 148 |
| Backup Of Sewer And Sump Pump Overflow Coverage (FMHO-2062) | $ | 1,000 $ | 10,000 | $ | 26 |
| Coverage E increased limit | | | | $ | 14 |
| **Total Additional Coverages** | | | | $ | 188 |

Page :1



Image

WARNING — THIS CHECK IS PROTECTED BY SPECIAL SECURITY GUARD PROGRAM™ FEATURES

| STERLING NATIONAL INSURANCE AGENCY, INC. | Wells Fargo Bank, NA | 200003779 |
| EASTERN SAVINGS BANK | 420 Montgomery St. | 11-24 |
| ESCROW TRUST ACCOUNT | San Francisco, Ca. 94104 | 1210 |
| P.O BOX 217 | | 02/02/2011 |
| LAKE FOREST, CA 92630 | | |
| (866)258-7360 | | *****$1,000.00***** |
| | | Void after 90 days |

PAY EXACTLY   ONE THOUSAND  DOLLARS AND NO CENTS

TO THE
ORDER       LIBERTY MUT FIRE INS
OF          100 LIBERTY WAY
            DOVER, NH 03820

SECURE FEATURES INCLUDE DISSOLVABLE FIBERS ∎ MICROPRINTING ∎ VOID FEATURE PANTOGRAPH ∎ ENDORSEMENT BACKER ∎ BROWNSTAIN CHEMICAL REACTANT

⑈200003779⑈ ⑆121000248⑆ 4020005336⑈          ⑉0000100000⑈

Item Details

Amount: 1,000.00                          Account Name: Eastern Savings - ES
Check Number: 200003779                   Account Number: 4020005336
Posting Date: 02/07/2011                  Type Code/Description: 475/CHECK PAID
As of Date: 02/07/2011                    Item Sequence Number: 8110776557

© Copyright 2002 - 2012 Wells Fargo.  All rights reserved.

73-20110103-023325-9-1                JP027XRJ     ID: JMP



**Liberty Mutual Fire Insurance Company**
**Boston, Massachusetts**
**LibertyGuard® Deluxe**
**Homeowners Policy Declaration**



**Liberty Mutual Group**

| | | |
|---|---|---|
| **NAMED INSURED AND MAILING ADDRESS:**<br>BRENDA A BRIGHT<br>957 ORLANDO AVE<br>WEST HEMPSTEAD NY 11552-3907 | **CORRESPONDENCE:** | PO BOX 29017<br>PHOENIX, AZ 85038 |
| | **PAYMENT ADDRESS:** | PO BOX 7500<br>DOVER, NH 03822-7500 |
| **INSURED RESIDENCE PREMISES:**<br>SAME AS MAIL ADDRESS | **SERVICE:**<br>**CLAIMS:**<br>**WEBSITE:** | 1-800-409-0733<br>800-2CLAIMS (800-225-2467)<br>libertymutual.com |

**Your Policy Number:** H32-228-657272-001 1
**Policy Period:** 02/17/11 to 02/17/12  12:01AM Standard Time at the Insured Residence Premises

---

**Reason for This Notice:**                                    **This Declaration Effective:** 02/17/11

Renewal Homeowner Policy Summary, made part of your LibertyGuard® Deluxe Homeowners Policy

---

**Premium Summary**

| | | |
|---|---|---:|
| Base Policy Coverages and Limits | $ | 1,289.00 |
| Additional Coverages | $ | 201.00 |
| Discounts | $ | (490.00) |
| **Total Annual Premium** | $ | 1,000.00 |

**Premium Detail**

| Base Policy Coverages and Limits | Deductible | Limits | Premium |
|---|---|---|---|
| **Section I** | | | |
| Coverage A - Dwelling | | $ 255,300 | |
| Coverage B - Other Structures on Residence Premises | | $ 25,530 | |
| Coverage C - Personal Property with Replacement Cost | | $ 178,710 | |
| Coverage D - Loss of Use of Residence Premises | | $ 51,060 | |
| **Section I Deductible** | | | |
| Losses covered under Section I are subject to a deductible of : | $ 1,000 | | |
| Losses as a result of Hurricane are subject to a deductible of 5%: | $ 12,765 | | |
| **Section II** | | | |
| Coverage E - Personal Liability (each occurrence) | | $ 300,000 | |
| Coverage F - Medical Payments to others (each person) | | $ 1,000 | |
| **Total Base Policy Coverages and Limits** | | | $ 1,289 |

| Additional Coverages | Deductible | Limits | Premium |
|---|---|---|---|
| Credit Card, Fund Transfer Card, Forgery (HO 04 53 04 91) | | $ 1,000 | $ 0 |
| Personal Property Replacement Cost (FMHO-752 09/87) | | | $ 161 |
| Backup Of Sewer And Sump Pump Overflow Coverage (FMHO-2062) | $ 1,000 | $ 10,000 | $ 26 |
| Coverage E increased limit | | | $ 14 |
| **Total Additional Coverages** | | | $ 201 |

---

'Print Preview'                                                                                          Page 1 of 1



# Stops - Images - Search®

Image
Image Front:

| EASTERN SAVINGS BANK | Wells Fargo Bank, NA | 200005113 |
| INSURANCE SERVICE CENTER | 420 Montgomery St | |
| P.O BOX 217 | San Francisco, Ca. 94104 | 11-24 |
| LAKE FOREST, CA 92630 | | 1210 |
| (866)259-7380 | | 02/07/2012 |

*****$1,114.00*****
void after 90 days

PAY EXACTLY   ONE THOUSAND ONE HUNDRED FOURTEEN DOLLARS AND NO CENTS

TO THE
ORDER
OF
LIBERTY MUT FIRE INS
100 LIBERTY WAY
DOVER, NH 03820

⑆200005113⑈ ⑆121000248⑆ 4020005336⑆ ⑆0000111400⑆

Image Back:

0170577363

Item Details
Amount: 1,114.00
Check Number: 200005113
Posting Date: 02/13/2012
As of Date: 02/13/2012

Account Name:  Eastern Savings - ES
Account Number:  4020005336
Type Code/Description:  475/CHECK PAID
Item Sequence Number:  8110943716

Privacy, Security & Legal
©Copyright 2002 - 2012 Wells Fargo. All rights reserved.

https://wellssuite.wellsfargo.com/sps/IvuControllerServlet?EVENT_ID_TYPE=26&IVU_...   8/17/2012

ET09MG0M          JMP

| | | |
|---|---|---|
| Client Code | Policy Loan Number | |
| ES | 321895989 | |
| Policy Status | Policy Type | |
| POLICY | HOMEOWNERS | |
| Insured First Name 1 | Insured Last Name 1 | |
| BRENDA A | BRIGHT | |
| Insured First Name 2 | Insured Last Name 2 | |
| Mailing Address | | Mailing ZIP |
| 957 ORLANDO AVE | | 11552 |
| Property Address | | |
| 957 ORLANDO AVE | | |
| Property City | Property State | Property ZIP |
| WEST HEMPSTEAD | NY | 11552 |

Insurance Information Provider Name

LexisNexis

Policy Carrier Name

LIBERTY MUTUAL FIRE

| | | |
|---|---|---|
| Policy Number | Policy Effective Date | Policy Expiration Date |
| H3222865727200 | 02/17/2012 | 02/17/2013 |
| Policy Coverage Amount | Policy Deductible | Policy Cancel Reason |
| 261700.00 | 1000 | |
| Policy Issue Date | Policy Cancel Date | Policy Reinstatement Date |
| 12/28/2011 | | |
| Policy Premium Due Date | Policy Premium Amount | Policy Additonal Premium Amount |
| | 1114.00 | |
| Policy Mortgagee Clause | Windstorm | LOB Description |
| | INCLUDED | HOME |
| Flood Rating Zone | Grandfather Rule | |
| | | |
| Agent Name | | Agent Phone |
| Agent Address | | |
| Agent City | Agent State | Agent Zip |

CHECK VOUCHER          NO.

7144750

**Check-Date:**   2/2/2010   **Check-Amount:**   51,269.47   **Name:** Lereta
**EASTERN SAVINGS BANK, FSB**

| Account-Number | Amount |
|---|---|
| Various | $51,269.47 |

Loan Servicings Copy

Picked up by: _____
Date: _2/2/10_

**Description:** Debit G/L 1850-00-280-0 Job Name NY101152 - Customer 19100 and 19102
For voided check # 7749009

3270 HTML Client Display - SessID:50

```
TPF800M1                    ***** LERETA *****            Aug 17,12  08:19 AM
SGLALDEN                  - Tax Payment History -             Page      of

                                        Date: 8/17/12

  Contract: SGL98471 - 0001    Tax Year: 2010   Branch: R - RETTA
  Loan ID: 900301391989

   Lender: 19100  Cust: 19100 - EASTERN SAVINGS BANK

   Agency: 310730201 - HEMPSTEAD TOWN
   Tax ID: 012-05-597  -00030

  Borrower: BRIGHT BRENDA                       County Items: 3
  *** Property Under Contract ***               Reference No:

  ------------------------- Payment Information --------------------------
   Installment: 1                        Customer TPA: 19100
   Paid Amount: 1669.60                    LERETA TPA: 04

  Enter=PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
        help  prev  next                         retrn                 main
```

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| aA | Aa | ENTER | CLEAR | REFRESH | RESET | INFO | AT | QUIT | PAD | AT ON |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| F1 | F2 | F3 | F4 | F5 | F6 | F7 | F8 | F9 | F10 | F11 | F12 | PA1 | PA2 | PA3 | SR | ATTN |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| F13 | F14 | F15 | F16 | F17 | F18 | F19 | F20 | F21 | F22 | F23 | F24 | ABOUT |



CHECK VOUCHER

NO.

7145032

Check-Date:   4/22/2010   **Check-Amount:**   85,142.04   **Name:** Lereta

**EASTERN SAVINGS BANK, FSB**

| Account-Number | Amount |
|---|---|
| Various | $85,142.04 |

Loan Servicings Copy

Picked up by:

Date: 4/22/10

Description: Debit G/L 1850-00-280-0 - Job Name NY092007 - Customer 19100 and 19102
For voided check # 7749971





CHECK VOUCHER

NO.

7145443

**Check-Date:** 8/2/2010    **Check-Amount:** 48,929.83   **Name:** Lereta

**EASTERN SAVINGS BANK, FSB**

| <u>Account-Number</u> | <u>Amount</u> |
|---|---|
| Various | $48,929.83 |

Loan Servicings Copy

Picked up by: _____

Date: 8/2/10

**Description:** Debit G/L 1850-00-280-0 - Job Name NY102738 - Customer 19100 & 19102
For voided check # 7750663

Case 1:11-cv-01721-ENV-MDG   Document 19   Filed 01/03/13   Page 28 of 45 PageID #: 658

```
PTP800HI                  ***** LERETA *****              Aug 17,12  08:17 AM
SOLNEDER               - Tax Payment History -                PAGE   1 OF  1
Next Contract displayed

                                          Date: 08/04/10

Contract: 10188471 - 0001    Tax Year: 2010    Branch: A - NATHA
  Loan ID: 00050195969

   Lender: 19100  Cust: 19100 - EASTERN SAVINGS BANK

   Agency: 110370201 - HEMPSTEAD TOWN
   Tax ID: 310-36-263  -00720

Borrower: BRIGHT BRANDA                      County Liens: A
*** Property Under Contract ***              Reference No:

---------------------------- Payment Information ------------------------------

 Installment: 2                           Customer TPA: 19100
 Paid Amount: 1,080.50                       LERETA TPA: 04

Enter--PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
       help  prev next                       retrn              main
```

| | aA | Aa | ENTER | CLEAR | REFRESH | RESET | INFO | AT | QUIT | PAD | AT ON |

| F1 | F2 | F3 | F4 | F5 | F6 | F7 | F8 | F9 | F10 | F11 | F12 | PA1 | PA2 | PA3 | SR | ATTN |

| F13 | F14 | F15 | F16 | F17 | F18 | F19 | F20 | F21 | F22 | F23 | F24 | ABOUT |



CHECK VOUCHER

NO.

7145718

**Check-Date:** 11/2/2010   **Check-Amount:** 78,641.04   **Name:** Lereta
**EASTERN SAVINGS BANK, FSB**

| Account-Number | Amount |
|---|---|
| Various | $78,641.04 |

Loan Servicings Copy

Picked up by:

Date: 11/2/10

**Description:** Debit G/L 1850-00-280-0 - Job Name NY101688 - Customer 19100 and 19102
For voided check # 7751387

Case 1:11-cv-01721-ENV-MDG Document 19 Filed 01/03/13 Page 30 of 45 PageID #: 660



CHECK VOUCHER                                    NO.

7145938

**Check-Date:**   1/24/2011   **Check-Amount:**   47,806.84   **Name:** Lereta
**EASTERN SAVINGS BANK, FSB**

Loan Servicings Copy

| Account-Number | Amount |
|---|---|
| Various | $47,806.84 |

Picked up by: _____

Date: _____1/24/11_____

**Description:** Debit G/L 1850-00-280-0 - Job Name NY111430- Customer 19100 & 19102
For voided check # 7752051

CHECK VOUCHER

NO.

7146156

**Check-Date:**   4/20/2011     **Check-Amount:**   68,069.07    **Name:** Lereta
**EASTERN SAVINGS BANK, FSB**

Loan Servicings Copy

| <u>Account-Number</u> | <u>Amount</u> |
|---|---|
| Various | $68,069.07 |

Picked up by:

Date:   4/20/11

**Description:** Debit G/L 1850-00-280-0 - Job Name NY102108 - Customer 19100 & 19102
For voided check # 7752709

```
TITRCOM                ***** LRETA *****            Aug  17  09:18 AM
SCLAIMED             - Tax Payment History -            Proc    1 of
Most Recent Displayed

                                         Date: 08/03/11

Contract: 3F198471 - 0002    Tax Year: 10-11   Branch: H - COVINA
 Loan ID: 0003015995969

  Lender: 1910G  Cust: 1910G - EASTERN SAVINGS BANK

  Agency: 310300601 - HEMPSTEAD TOWN SCHOOLS
   Tax ID:                 -00020

Borrower: BRIGHT SRENNA                      County Items: 1
*** Property Under Contract ***              Reference ID:  2011-6000

------------------------- Payment Information -----------------------

  Installment:                       Customer TTA: 1910G
  Paid Amount:                       LRETA TTA: 00

Enter=PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12--
       Help  prev  next                         retrn               main
```

| | aA | Aa | ENTER | CLEAR | REFRESH | RESET | INFO | AT | QUIT | PAD | AT ON |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | F1 | F2 | F3 | F4 | F5 | F6 | F7 | F8 | F9 | F10 | F11 | F12 | PA1 | PA2 | PA3 | SR | ATTN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | F13 | F14 | F15 | F16 | F17 | F18 | F19 | F20 | F21 | F22 | F23 | F24 | ABOUT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|



CHECK VOUCHER

NO.

7146411

| | | |
|---|---|---|
| **Check-Date:** 8/1/2011 | **Check-Amount:** 1,727.43 | **Name:** Hempstead Town |
| **EASTERN SAVINGS BANK, FSB** | | Receiver of Taxes |
| | | 200 N. Franklin Street |
| | | Hempstead, NY 11550-1331 |

| <u>Account-Number</u> | <u>Amount</u> | |
|---|---|---|
| 51-321895989 | $1,727.43 | |

Loan Servicings Copy

Picked up by:

Date: 8/1/11

**Description:** Disburse from escrow as RC(04) to pay 2nd half 2011 property taxes
Bright, Brenda - Parcel # 35-597-72 - 957 Orlando Avenue



CHECK VOUCHER                              NO.

7146673

**Check-Date:**   11/1/2011      **Check-Amount:**    2,386.73   **Name:** Hempstead Town Schools
**EASTERN SAVINGS BANK, FSB**                                        Receiver of Taxes
                                                                    200 N Franklin Street
                                                                    Hempstead, NY 11550

**Account-Number**                **Amount**                        Loan Servicings Copy
51-321895989                      $2,386.73                Picked up by: _____
                                                           Date: _____

**Description:** Disbursed from escrow as RC(10) To pay 2011 1st quarter property taxes
Bright, Brenda - Parcel # 012-35-597-00720 - 957 Orlando Avenue



CHECK VOUCHER                                    NO.

7147009

Check-Date:    2/7/2012    Check-Amount:    1,686.54    Name: Hempstead Town
        EASTERN SAVINGS BANK, FSB                              Receiver of Taxes
                                                              200 N Franklin St
                                                              hempstead, NY 11550

Account-Number              Amount                          Loan Servicings Copy
  51-321895989              $1,686.54              Picked up by: _____

                                                  Date: 2/7/12

Description: Debit G/L 1850-00-280-0 - Job Name NY121522 - Customer -19100 and 19102
        for voided check # 7754474 - Bright - Parcel # 012-35-597-00720 - 957 Orlando Ave



CHECK VOUCHER          NO.

7147275

**Check-Date:**   5/4/2012   **Check-Amount:**   2,386.72   **Name:** Hempstead Town Schools
**EASTERN SAVINGS BANK, FSB**                        Receiver of Taxes
                                                     200 N Franklin St
                                                     Hempstead, NY 11550

**Account-Number**              **Amount**                        Loan Servicings Copy
51-321895989                    $2,386.72                  Picked up by: _____
                                                           Date: __5/4/12__

**Description:** Disburse from G/L 1850-00-280-0 - Job Name NY112141 - Customer 19100
              For voided check # 7754996  - Bright - Parcel #012-35-597-00720 - 957 Orlando Avenue W

3270 HTML Client Display - SessID:50

Page 1 of 1



CHECK VOUCHER

NO.

7414665

**Check-Date:** 7/27/2012     **Check-Amount:** 47,466.33     **Name:** Lereta
**EASTERN SAVINGS BANK, FSB**

<u>Account-Number</u>                    <u>Amount</u>                    Loan Servicings Copy
Various                              $47,466.33                 Picked up by:

Date:

**Description:** Debit G/L 1850-00-280-0 - Job Name NY122015 - Customer 19100 and 19102
For voided checks# 7755368, 7755369 and 7755370



Case 1:11-cv-01721-ENV-MDG   Document 19   Filed 01/03/13   Page 43 of 45 PageID #: 673



12/21/2012 16:55 FAX 4405586353 MDG      EASTERN SAVINGS BANK      ☒002
Case 1:11-cv-01721-ENV-MDG   Document 19   Filed 01/03/13   Page 44 of 45 PageID #: 674

3270 HTML Client Display - SessID:27                                    Page 1 of 1



## CHECK VOUCHER

NO.

**7414877**

**Check-Date:** 10/22/2012    **Check-Amount:** 56,444.36    **Name:** Lereta
**EASTERN SAVINGS BANK, FSB**

| Account-Number | Amount | **Loan Servicings Copy** |
|---|---|---|
| Various | $56,444.36 | Picked up by: |
| | | Date: 10/22/12 |

**Description:** Debit G/L 1850-00-280-0 - Job Name NY121991 - Customer 19100 and 19102
For voided check# 7755915