UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
EASTERN SAVINGS BANK, FSB,

                                     Plaintiff,

-against-

BRENDA BRIGHT, SPERRY ASSOCIATES FEDERAL CREDIT UNION,

                                     Defendants.
-------------------------------------------------------------------------x

Civil Action No. 11-CV-1721

(ENV)(MDG)

**AFFIDAVIT OF SERVICE**

**STATE OF NEW YORK**       }
                                } ss.:
**COUNTY OF NEW YORK**    }

      I, Cindy Lopez, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside in Bronx County, New York; that on **January 3, 2013**, deponent served a copy of **Bill of Costs, Declaration of Services Rendered and Affidavit of Terry Brown of Statement of Damages**, by Regular, First Class Mail, by depositing same enclosed in a postpaid, properly addressed envelope, an official depository under the exclusive care and custody of the United States Post Office within the State of New York upon:

                             **Brenda Bright**
                         **957 Orlando Avenue**
                  **West Hempstead, NY 11552**

                                 _____
                                 Cindy Lopez

Sworn to before me this
3rd day of January, 2013

_____
Notary Public

ROBIN LAU
Notary Public, State of New York
No. 01LA6080593
Qualified in New York County
Commission Expires Sept. 16, 2014