UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
EASTERN SAVINGS BANK, FSB,

                Plaintiff,

    -against-

BRENDA BRIGHT, SPERRY ASSOCIATES FEDERAL CREDIT UNION, "JOHN DOE #1 through #12", the last twelve names being fictitious and unknown to Plaintiff, the persons or parties intended being the tenants, occupants, persons or corporations, if any, having or claiming interest upon the premises described in the Complaint,

                Defendants.
---------------------------------------------------------X

JUDGMENT
11-CV- 1721 (ENV)

        A Memorandum and Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on June 27, 2013, adopting in its entirety the unopposed Report and Recommendation of Magistrate Judge Marilyn D. Go, dated March 21, 2013, after a review of the record; directing the Clerk of Court to award Plaintiff judgment against Defendant Brenda Bright in the amount of $326,333.56 plus interest at a daily rate of $66.62 from April 1, 2013, until the date of entry of judgment based on the following total damages: $209,634.55 in principal, $76,713.75 in interest on principal plus interest at a daily rate of $59.96 from April 1, 2013 until the date of entry of judgment, $27,017.47 in unpaid escrow advances, $4,347.10 in interest on the unpaid escrow and at a daily rate of $6.66 from April 1, 2013 until the date of entry of judgment, $3,477.16 in late fees, $3,925.83 in attorney's fees and $1,217.70 in costs; further, directing that judgment be entered against Defendant Sperry Associates foreclosing its

JUDGMENT 11-CV-1721 (ENV)

interest in the premises and that Plaintiff be granted leave to file a motion to amend the judgment to seek additional attorney's fees after they are incurred; and the Clerk of Court having calculated daily interest of $66.62 from April 1, 2013 until the date of entry of judgment, and the daily interest being $5,862.56; it is

  ORDERED and ADJUDGED that judgment is hereby entered in favor of Plaintiff Eastern Savings Bank, FSB and against Defendant Brenda Bright, in the amount of $332,196.12; and that it is further,

  ORDERED and ADJUDGED that judgment is hereby entered in favor of Plaintiff Eastern Savings Bank, FSB and against Defendant Sperry Associates Federal Credit Union foreclosing its interest in the premises and that Plaintiff Eastern Savings Bank, FSB is granted leave to file a motion to amend the judgment to seek additional attorney's fees after they are incurred.

Dated: Brooklyn, New York           Douglas C. Palmer
   June 28, 2013              Clerk of Court

                      by:

                      Michele Gapinski
                      Chief Deputy for
                      Court Operations